UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED

DSY

2010 AUG 25 P 6: 02

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

ALVIN WALKER,

        Petitioner,

vs.                                Case No. 3:10-cv-638-J-20MCR

BUREAU OF PRISONS,
et al.,

        Respondents.
_____

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

    On July 23, 2010, Petitioner initiated this action by filing a Pro Se Petition for Writ of Habeas Corpus (Petition) (Doc. #1) pursuant to 28 U.S.C. § 2241. In the Petition, Petitioner seeks a reduction of his federal sentence pursuant to 18 U.S.C. § 3621(e)(2)(B), which gives the Bureau of Prisons discretionary authority to grant an early release to prisoners convicted of nonviolent offenses who successfully complete a substance abuse treatment program. Petitioner did not pay the $5.00 filing fee or file a request to proceed in forma pauperis within thirty days of the commencement of the action. Thus, pursuant to Rule 1.03(e) of the Local Rules of the United States District Court for the Middle

District of Florida, this action will be dismissed without prejudice. <u>See</u> <u>also</u> 28 U.S.C. §§ 1914(a), 1915(a)(1).

If Petitioner decides to initiate a new habeas corpus case, he must pay the $5.00 filing fee or file a request to proceed <u>in forma pauperis</u> within thirty days of the commencement of the action.

Accordingly, it is now

**ADJUDGED**:

1. This Petition is **DISMISSED** without prejudice.

2. The Clerk of the Court shall enter judgment dismissing this case without prejudice.

3. The Clerk of the Court shall close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 25 day of August, 2010.

_____
UNITED STATES DISTRICT JUDGE

sc 8/24
c:
Alvin G. Walker

2